# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 17, 2010

Lyle W. Cayce
Clerk

No. 09-41010
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE RODRIGUEZ-BERNANDO,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:09-CR-41-1

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Rodriguez-Bernando has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Rodriguez-Bernando has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.